Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____ Chapter _11___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Zahrco Enterprises, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Sawa Restaurant & Lounge
Cest Bon Cafe
Eclectico Restaurant & Bar

**3. Debtor's federal Employer Identification Number (EIN)**

02-0600199

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 330 San Lorenzo Avenue | 6380 SW 44th Street |
| Number  Street | Number  Street |
| Suite 2300 | |
| | P.O. Box |
| Miami   FL   33146 | Miami   FL   33155 |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Miami-Dade County | |
| County | Number  Street |
| | |
| | City   State   ZIP Code |

**5. Debtor's website (URL)**   _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Zahrco Enterprises, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other _Debtor is running two operating restaurants._

**Where is the property?** _358 San Lorenzo Ave._
| | |
|---|---|
| Number | Street |

| Coral Gables | FL | 33146 |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☑ Yes. Insurance agency _CRC Group (and attachment of insurance to schedules as well)_

Contact name _Marica Whiaman_

Phone _1-714-414-1200_

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Zahrco Enterprises, Inc. | | Case number *(if known)* | |
|--------|--------------------------|--|---|--|
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/02/2025
             MM / DD / YYYY

✖ /s/ Ramzi Zahr                                        Ramzi Zahr
Signature of authorized representative of debtor         Printed name

Title  Vice-President

---

**18. Signature of attorney**

✖ /s/ Kris Aungst                          Date   04/02/2025
Signature of attorney for debtor                  MM / DD / YYYY

Kris Aungst
Printed name

Paragon Law, LLC
Firm name

2665 S. Bayshore Drive Suite 220-10
Number        Street

Miami                                      FL          33133
City                                       State       ZIP Code

(305) 812-5443                             ka@paragonlaw.miami
Contact phone                              Email address

55348                                      FL
Bar number                                 State

---

**Fill in this information to identify the case:**

Debtor name _____Zahrco Enterprises, Inc._____

United States Bankruptcy Court for the: ____Southern District of Florida____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ......................................................... | $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...................................................... | $ 72,679.49

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................... | $ 72,679.49

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................ | $ 2,039,956.73

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* .......................................... | $ 213,673.14

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................... | +$ 338,191.75

4. **Total liabilities** ...................................................................................... | $ 2,591,821.62
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name ___Zahrco Enterprises, Inc.___

United States Bankruptcy Court for the: __Southern District of Florida__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Florida Department of Revenue: Miami Service Center 3750 NW 87th Ave. Suite 300 Doral, FL, 33178-2430 | Miami Service Center 305-470-5001 | Taxes & Other Government Units | | | | 202,617.56 |
| 2 | First Horizon Bank P.O. Box 385 Memphis, TN, 38101 | | Monies Loaned / Advanced | | | | 60,332.50 |
| 3 | Chase P.O. Box 1423 Charlotte, NC, 28201 | | Credit Card Debt | | | | 25,971.33 |
| 4 | Discover P.O. Box 71242 Charlotte, NC, 28201 | | Credit Card Debt | | | | 21,941.12 |
| 5 | Sysco South Florida Inc 12500 Sysco Way Medley, FL, 33178 | 800-797-2627 | Suppliers or Vendors | | | | 16,398.53 |
| 6 | American Express P.O. Box 6031 Carol Stream, IL, 60197 | | Credit Card Debt | | | | 14,481.16 |
| 7 | Cintas Corp P.O Box 630910 Cincinati, OH, 45263 | 833-290-0514 | Suppliers or Vendors | | | | 14,082.85 |
| 8 | Sysco South Florida Inc 12500 Sysco Way Medley, FL, 33178 | 800-797-2627 | Suppliers or Vendors | | | | 12,540.49 |

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Imperial Dade PO BOX 27305 NEW YORK, NY, 10087 | 201-437-7440 | Suppliers or Vendors | | | | 10,010.52 |
| 10 | FNBO P.O. Box 7346 Omaha, NE, | | Credit Card Debt | | | | 9,250.00 |
| 11 | Chase Slate P.O. Box 1423 Charlotte, NC, 28201 | | Credit Card Debt | | | | 8,400.00 |
| 12 | Miami Purveyors 7350 NW 8th St Miami, FL, 33126 | 305-262-6170 | Suppliers or Vendors | | | | 8,361.57 |
| 13 | Port Royale Trading Comnpany Inc. 3407-4 NW 72ND AVE Miami, FL, 33122 | 305-447-5551 | Suppliers or Vendors | | | | 8,291.96 |
| 14 | Miami Dade County Tax Collector-Tourist Tax 200 NW 2nd Ave Miami, FL, 33128 | | Taxes & Other Government Units | | | | 5,962.06 |
| 15 | Miami Dade County Tax Collector-Tangible Tax 200 NW 2nd Ave Miami, FL, 33128 | | Taxes & Other Government Units | | | | 5,093.52 |
| 16 | Imperial Dade PO BOX 27305 NEW YORK, NY, 10087 | 201-437-7440 | Suppliers or Vendors | | | | 4,725.35 |
| 17 | Gourmet Solutions 1723 SW 2ND AVE # 508 Miami, FL, 33129 | 305-586-4128 | Credit Card Debt | | | | 4,492.00 |
| 18 | Premier Produce 2672 SW 36th Street Dania Beach, FL, 33312 | 305-459-9920 | Credit Card Debt | | | | 4,481.45 |
| 19 | JFC International 1800 SW 13th court Suite 100 Pompano Beach, FL, 33069 | 954-978-7965 | Suppliers or Vendors | | | | 4,399.67 |
| 20 | Premier Produce 2672 SW 36th Street Dania Beach, FL, 33312 | 305-459-9920 | Suppliers or Vendors | | | | 4,126.95 |

**Fill in this information to identify the case:**

Debtor name        Zahrco Enterprises, Inc.

United States Bankruptcy Court for the:  Southern District of Florida

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 2,500.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist Financial Corporation | Checking | 6  2  3  8 | $ 5,665.76 |
| 3.2. | See continuation sheet | | | $ 3,513.73 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 11,679.49

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

| Debtor | Zahrco Enterprises, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $ _____
8.2. _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $ _____

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less: 0.00 − 0.00 = ....➔ $ 0.00
 face amount   doubtful or uncollectible accounts

11b. Over 90 days old: 30,000.00 − 30,000.00 = ....➔ $ 0.00
 face amount   doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 0.00

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $ _____
14.2. _____ _____ $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1. Lebanese Street Food (run with Sawa and integrated into Zahrco fina  100 %  Based on Mr. Zahr's 2(  $ Unknown
15.2. _____ _____ % _____ $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $ _____
16.2. _____ _____ $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $ 0.00

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** Food and liquor inventory. | 03/31/2025 MM / DD / YYYY | 20,700.00 $_____ | Based on Mr. Zahr's 20 | 10,000.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 10,000.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value  7,000.00    Valuation method Based on Mr. Zahr's 20 v    Current value 5,000.00

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Schedule A/B: Assets — Real and Personal Property

| Debtor | Zahrco Enterprises, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Used office furniture and computers | $ 1,500.00 | Based on Mr. Zahr's 2 | $ 1,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Zahrco Enterprises, Inc.
_____    Case number (if known)_____
          Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.   Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.   Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Various restaurant equipment (dishware, appliances, service ware, bar ware) | $ 71,000.00 | Based on Mr. Zahr's : | $ 50,000.00 |

51.   **Total of Part 8.**                                                       $ 50,000.00
      Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☑ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Cest Bon Restaurant Lease at the Shops at Merrick Park in Coral Gables, Florida. | Lease | | | Unknown $_____ |
| 55.2 Sawa Restaurant & Lounge storage lease at the Shops of Merrick Park in Coral Gables, Florida. | Lease | $_____ | | Unknown $_____ |
| 55.3 See continuation sheet | | $ 0.00 | | $ 0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)
_____  0.00 _ 0.00 = ➔  $ 0.00
Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |

**73. Interests in insurance policies or annuities**
See Schedule A/B Part 11, Question 73 Attachment      $ Unknown

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**
      $_____
Nature of claim      _____
Amount requested      $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
      $_____
Nature of claim      _____
Amount requested      $_____

**76. Trusts, equitable or future interests in property**
      $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership
      $_____
      $_____

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.      $ 0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 11,679.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 50,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................ ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 72,679.49 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................... $ 72,679.49    $ 72,679.49

Debtor 1    Zahrco Enterprises, Inc.

First Name    Middle Name    Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Truist Financial Corporation | Checking | 2835 |
| Balance: 0.00 | | |
| Truist Financial Corporation | Checking | 0727 |
| Balance: 0.00 | | |
| Truist Financial Corporation | Checking | 2797 |
| Balance: 212.71 | | |
| Truist Financial Corporation | Checking | 2894 |
| Balance: 107.73 | | |
| Truist Financial Corporation | Checking | 0476 |
| Balance: 2,612.00 | | |
| Truist Financial Corporation | Checking | 2924 |
| Balance: 581.29 | | |

**55) Real property**

| General description | Nature and extent of interest | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Eclectico Restaurant & Bar lease at the Shops of Merrick Park in Coral Gables, Florida | Lease | | | Unknown |
| Sawa Restaurant & Lounge lease at the Village of Merrick Park in Coral Gables, Florida | Lease | | | Unknown |
| Ce Bont Cafe | Lease | | | 0.00 |

Debtor 1    Zahrco Enterprises, Inc.

First Name          Middle Name          Last Name

Case number (if known)_____

### Continuation Sheet for Official Form 206 A/B

**Storage at the
Villages of
Merrick Park,
Coral Gables
Florida**

**Fill in this information to identify the case:**

Debtor name ___Zahrco Enterprises, Inc.___

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**
APOGEE REWARDS INC

**Creditor's mailing address**
8395 NE 2ND AVE
MIAMI, FL 33138

**Creditor's email address, if known**
_____

**Date debt was incurred**   06/01/2022

**Last 4 digits of account number**   0301

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
All restaurant equipment

$ 25,180.07          $ 0.00

**Describe the lien**
Agreement you made, Rewards barter progr

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.2** **Creditor's name**
Dr. Ghassan Haddad

**Creditor's mailing address**
890 Alfonso Ave
Miami, FL 33146

**Creditor's email address, if known**
_____

**Date debt was incurred**   _____
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Residential Home

$ 1,024,999.99          $ 1,300,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 2,039,956.73

| Debtor | Zahrco Enterprises, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

## Part 1: Additional Page

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.3 Creditor's name
LICENSE SOLUTION III LLC

Creditor's mailing address

600 BRICKEL AVE
SUITE 3600, MIAMI, FL 33131

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

Liquor License

$155,000.00     $350,000.00

Date debt was incurred _____
Last 4 digits of account number _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines ____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.4 Creditor's name
PRIMECARD CEST BON

Creditor's mailing address

8395 NE 2ND AVE
MIAMI, FL 33138

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

Restaurant Inventory and supplies

$1,180.48     $0.00

Date debt was incurred _____
Last 4 digits of account number 6613

**Describe the lien**
Agreement you made, They provide cash ad

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines ____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

| Debtor | Zahrco Enterprises, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

---

**Part 1:    Additional Page**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**
PRIMECARD SAWA

_____

**Creditor's mailing address**

8395 NE 2ND AVE
MIAMI, FL 33138

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All restaurant supplies and account receivables

**Describe the lien**
Agreement you made, They provide a card t

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$9,604.03    $0.00

**2.6** **Creditor's name**
REWARDS NETWORK CORPORATION SERVICE COMPANY

_____

**Creditor's mailing address**

540 W MADISON ST
SUITE 2400, CHICAGO , IL 60661

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Receivables and payments

**Describe the lien**
Cash advance, take money from sales, 80%

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$93,257.16    $0.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page _3_ of _7_

| Debtor | Zahrco Enterprises, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 1:    Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** Creditor's name
SBA EIDL

**Describe debtor's property that is subject to a lien**

UCC on all of Debtor's assets

$ 150,000.00        $ 72,679.49

Creditor's mailing address

409 Third ST SW
Washington, DC 20416

Creditor's email address, if known
_____

Date debt was incurred    _____

Last 4 digits of account number    7909

**Describe the lien**

Government Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** Creditor's name
SBA PPP1

**Describe debtor's property that is subject to a lien**

Covid Loan to be Forgiven

$ 200,147.00        $ Unknown

Creditor's mailing address

409 Third ST SW
Washington, DC 20416

Creditor's email address, if known
_____

Date debt was incurred    _____

Last 4 digits of account number    7205

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  4  of  7

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** **Creditor's name**
SBA PPP2

**Creditor's mailing address**

409 Third ST SW
Washington, DC 20416

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** 8906

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Covid loan to be forgiven

$200,147.00   $Unknown

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.10** **Creditor's name**
TOAST CAPITAL LLC (Ce Bont)

**Creditor's mailing address**

401 PARK DRIVE
BOSTON, MA 2215

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables and payments

$101,892.00   $0.00

**Describe the lien**

Agreement you made, Cash advance takes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| Debtor | Zahrco Enterprises, Inc. | |
|---|---|---|
| | Name | |

Case number (if known) _____

---

## Part 1:   Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** **Creditor's name**
TOAST CAPITAL LLC (Sawa)

_____

**Creditor's mailing address**

401 PARK DRIVE
BOSTON, MA 2215

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables and payments

$78,549.00     $0.00

**Describe the lien**

Cash advance, they take 10.86 of all daily tra

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

---

**2.___** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____ Zahrco Enterprises, Inc. _____

United States Bankruptcy Court for the: _____ Southern District of Florida _____

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Florida Department of Revenue: Miami Service Center<br>3750 NW 87th Ave.<br>Suite 300<br>Doral, FL 33178-2430 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $202,617.56    $196,000.00 |

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**   02-0600199

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>Miami Dade County Tax Collector-Tangible Tax<br>200 NW 2nd Ave<br>Miami, FL 33128 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,093.52    $ |

**Date or dates debt was incurred**
2025 Q1

**Last 4 digits of account number**   2823

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address<br>Miami Dade County Tax Collector-Tourist Tax<br>200 NW 2nd Ave<br>Miami, FL 33128 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,962.06    $ |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   7353

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Zahrco Enterprises, Inc._____
Name

Case number (if known) _____

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
A-Advance Fire & Safety, INC
22607 South Dixie Hwy
Miami, FL 33170

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**$ 222.75**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Alimentos Australes
8565 W 44th Ave Unit 113
Hialeah , FL 33018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**$ 459.28**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
All Electric AP Inc
17956 SW 149th Ave
Miami, FL 33187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**$ 0.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
All Pumping Corp
6132 W 14th CT
Hialeah, FL 33012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**$ 0.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 6031
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$ 14,481.16**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __2001__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 6031
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$ Unknown**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __5015__

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Zahrco Enterprises, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known) _____ |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

American Express
P.O. Box 6031
Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 4000

$ Unknown

---

**3.8** Nonpriority creditor's name and mailing address

American Food Equipment
2163 NW 36th ST
Miami, FL 33142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.9** Nonpriority creditor's name and mailing address

ASCAP
PO BOX 331608
Nashville, TN 37203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,486.60

---

**3.10** Nonpriority creditor's name and mailing address

Balitan,Sandra
2927 NW 103rd St, Miami, Fl 33147
Miami, FL 33147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.09

---

**3.11** Nonpriority creditor's name and mailing address

Barclays Jet Blue
P.O. Box
Philadelphia, PA 19101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

Debtor    Zahrco Enterprises, Inc.

Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** <u>12</u>  **Nonpriority creditor's name and mailing address**

Bello Gallego,Gisselle
745 NW 58th ST,Apt 1,Miami FL,33127
APT 1
Miami, FL 33127

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ 2,012.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>13</u>  **Nonpriority creditor's name and mailing address**

Biscayne Air Conditioning Inc.
3801 SW 47th Ave Suite 504
DAVIE, FL 33314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>14</u>  **Nonpriority creditor's name and mailing address**

BMI
10 Music Square East
Nashville , TN 37203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>15</u>  **Nonpriority creditor's name and mailing address**

Bolieu,Melissa
1501 SW 31ST AVE,,Miami FL,33145
Miami, FL 33145

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ 2,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>16</u>  **Nonpriority creditor's name and mailing address**

Breaktrhu Beverage Florida
9801 Premier Parkway
Miramar, FL 33025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,619.87

Date or dates debt was incurred _____

Last 4 digits of account number    3937

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Broward Nelson Fountain Services
241 SW 21 ST TERR
Ft Lauderdale, FL 33312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.18** Nonpriority creditor's name and mailing address

Carrazana Godoy,Sheila
2300 sw 97 ave,apt A106,MIAMI FL,33165
APT A106
Miami, FL 33165

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ 656.48

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.19** Nonpriority creditor's name and mailing address

Cassara,Mario
14221 SW 88 st C402 Miami, FL 33186
Miami, FL 33186

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ 2,290.59

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.20** Nonpriority creditor's name and mailing address

Cavalier Distributing Florida
3960 Frontage Rd S Suite 820
Lakeland, FL 33815

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.21** Nonpriority creditor's name and mailing address

Cedars Bakery/ Mediterraneos
4704 L B McLeod Rd
Orlando, FL 32811

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,683.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22  Nonpriority creditor's name and mailing address**

Ceron,Marcela
9020 SW 8th Street,Apt 216,Miami FL,33172
APT 216
Miami, FL 33175

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,726.30

---

**3.23  Nonpriority creditor's name and mailing address**

Chase
P.O. Box 1423
Charlotte, NC 28201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    9782

$ 25,971.33

---

**3.24  Nonpriority creditor's name and mailing address**

Chase Slate
P.O. Box 1423
Charlotte, NC 28201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    8967

$ 8,400.00

---

**3.25  Nonpriority creditor's name and mailing address**

Cintas Corp
P.O Box 630910
Cincinnati, OH 45263

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,084.03

---

**3.26  Nonpriority creditor's name and mailing address**

Cintas Corp
P.O Box 630910
Cincinnati, OH 45263

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14,082.85

---

| | | |
|---|---|---|
| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Cobo Yera,Marcia
511 nw 45th avenida,,miami FL,33126
Miami, FL 33126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,388.14

---

**3.28** Nonpriority creditor's name and mailing address

Coca Cola Beverages Florida LLC
PO BOX 740909
Atlanta, GA 30374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   600802789

$ 0.00

---

**3.29** Nonpriority creditor's name and mailing address

Coca Cola Beverages Florida LLC
PO BOX 740909
Atlanta, GA 30374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   8203

$ 0.00

---

**3.30** Nonpriority creditor's name and mailing address

Cold Space by Don
820 NW 7th Ave #511
Miami, FL 33136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 960.00

---

**3.31** Nonpriority creditor's name and mailing address

Commercial Collections Specialists (NCR)
5805 Sepulveda Blvd 4th floor
Sherman Oaks, CA 91411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

| Debtor | Zahrco Enterprises, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

Constant Contact
1601 Trapelo Road
Waltham , MA O2451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.33** **Nonpriority creditor's name and mailing address**

Contagious Music
1717 N Bayshore Drive, Suite 4251
Miami, FL 33132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.34** **Nonpriority creditor's name and mailing address**

Craigslist
200 West 6th Street, Floor 36
Austin, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.35** **Nonpriority creditor's name and mailing address**

Dekki,Jenny
9119 SW 149 PL,,Miami FL,33196
Miami, FL 33196

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,133.40

---

**3.36** **Nonpriority creditor's name and mailing address**

Desulma,Darline
261 SE 6TH AVE,APT 106,Homestead FL,33030
APT 106
HOMESTEAD, FL 33030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,047.54

---

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Discover
P.O. Box 71242
Charlotte, NC 28201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   5454

$ 21,941.12

---

**3.38** Nonpriority creditor's name and mailing address

Eagle Brand Sales
3201 NW 72nd Ave
Miami, FL 33122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   1841

$ 0.00

---

**3.39** Nonpriority creditor's name and mailing address

Echavez,Noel Angelo
55 Merrick Way,Apt 701,Miami FL,33134
Miami, FL 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,045.00

---

**3.40** Nonpriority creditor's name and mailing address

Fenix Pest Control

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.41** Nonpriority creditor's name and mailing address

Feria,Francys
3401 SW 9th Terrace,,Coral Gables FL,33134
Coral Gables, FL 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,174.15

| Debtor | Zahrco Enterprises, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

First Horizon Bank
P.O. Box 385
Memphis, TN 38101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

Last 4 digits of account number   2169

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 60,332.50

---

**3.43** Nonpriority creditor's name and mailing address

FNBO
P.O. Box 7346
Omaha, NE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,250.00

---

**3.44** Nonpriority creditor's name and mailing address

Gold Coast Beverages
PO Box 743259
Atlanta, GA 30374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number   7396

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.45** Nonpriority creditor's name and mailing address

Gonzalez,Adrian
10500 SW 108TH AVE,,Miami FL,33186
Miami, FL 33186

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,196.08

---

**3.46** Nonpriority creditor's name and mailing address

Gonzalez,Angeline
12035 SW 14th ST,Apt 106,Miami FL,33184
apt 106
Miami, FL 33184

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,196.08

---

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47  Nonpriority creditor's name and mailing address**

Gonzalez,Cynthia
45 NW 44th Ave,,Miami FL,33126
Miami, FL 33126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,283.10

---

**3.48  Nonpriority creditor's name and mailing address**

Gonzalez,Hector
14549 SW 97TH STREET,,Miami FL,33186
Miami, FL 33186

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,136.80

---

**3.49  Nonpriority creditor's name and mailing address**

Gonzalez,Mariangelica
5210 SW 4 st Miami, FL 33134
Miami, FL 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,364.48

---

**3.50  Nonpriority creditor's name and mailing address**

Gourmet Resources
3535 NW 33RD ST
MIAMI, FL 33142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    0561

$ 0.00

---

**3.51  Nonpriority creditor's name and mailing address**

Gourmet Solutions
1723 SW 2ND AVE # 508
Miami, FL 33129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    Ces 10

$ 4,492.00

---

| Debtor | Zahrco Enterprises, Inc. | Case number *(if known)* _____ |
|--------|--------------------------|----------------------------------------|
|        | Name |  |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Green Energy Masters
374 N Havenhill Rd. Suite 700
West Palm Beach, FL 33415

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,704.96

---

**3.53** Nonpriority creditor's name and mailing address

Guerrero,Ramon
15681 SW 157TH ST,,Miami FL,33187
Miami, FL 33187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,188.50

---

**3.54** Nonpriority creditor's name and mailing address

Guevara,Cinthya
18412 Homestead Ave,Apt 636,Miami FL,33157
Apt 636
Miami, FL 33157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,079.65

---

**3.55** Nonpriority creditor's name and mailing address

Hardiansyah,Yusup
2250 SW 99th Ave,,Miami FL,33165
Miami, FL 33165

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,186.92

---

**3.56** Nonpriority creditor's name and mailing address

Hernandez,Gilbert
13120 sw 13th st,,miami FL,33184
Miami, FL 33184

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 458.16

---

Debtor    Zahrco Enterprises, Inc.
          _____    Case number (if known) _____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.57** Nonpriority creditor's name and mailing address

Heroes of Technology
500 NW 2nd Ave #10549
Miami, FL 33101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Hidalgo,Dayron
62 ne 118th st,,Miami FL,,33161
Miami, FL 33161

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ 544.96

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Hipnotic Entertaiment
20433 Old Cutler Road
Cutler Bay, FL 33189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,050.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Hoodz / Wright & Dillon LLC
934 N University Drive #235
Coral Spring, FL 33071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

Hookah Express
8065 NW 54th St
Doral, FL 33166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Zahrco Enterprises, Inc.
_____
Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 62**   **Nonpriority creditor's name and mailing address**

Imperial Dade
PO BOX 27305
NEW YORK, NY 10087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number     6850

$ 10,010.52

---

**3. 63**   **Nonpriority creditor's name and mailing address**

Imperial Dade
PO BOX 27305
NEW YORK, NY 10087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number     6848

$ 4,725.35

---

**3. 64**   **Nonpriority creditor's name and mailing address**

Indeed
200 West 6th Street, Floor 36
Austin, TX 78701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number     _____

$ 0.00

---

**3. 65**   **Nonpriority creditor's name and mailing address**

Istifan,Georgina
15524 SW 127th Ave Apt 104,,Miami FL,33177
APT 104
Miami, FL 33177

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number     _____

$ 1,242.03

---

**3. 66**   **Nonpriority creditor's name and mailing address**

JFC International
1800 SW 13th court Suite 100
Pompano Beach, FL 33069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number     6304

$ 4,399.67

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.67** **Nonpriority creditor's name and mailing address**

Jimenez,Ambar
20795 SW 236th ST,,Homestead FL,33031
HOMESTEAD, FL 33031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,154.27

---

**3.68** **Nonpriority creditor's name and mailing address**

Julius Meinl North America LLC
1441 SW 31ST AVE
Pompano Beach, Fl 33069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  0043

$ 0.00

---

**3.69** **Nonpriority creditor's name and mailing address**

Julius Meinl North America LLC
1441 SW 31ST AVE
Pompano Beach, Fl 33069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  0253

$ 0.00

---

**3.70** **Nonpriority creditor's name and mailing address**

Kory Hincapie Restaurant Cleaning
15386 SW 153rd Street
Miami, FL 33187

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.71** **Nonpriority creditor's name and mailing address**

La Provence
2106 NW 13TH AVE
Miami, FL 33142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,812.70

---

Debtor  Zahrco Enterprises, Inc.
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

Lanuza,Luis
125 SW 18th ct, Miami, Fl 33135
Miami, FL 33135

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ 1,458.85

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.73** Nonpriority creditor's name and mailing address

LLC,Saaves
3840 Sw 91st Ave,,Miami FL,33165
Miami, FL 33165

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ 1,757.09

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.74** Nonpriority creditor's name and mailing address

Lucky 7 Distributors
5160 NW 165th ST
Miami Gardens, Fl 33014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.75** Nonpriority creditor's name and mailing address

Luque,Mariana
3259 SW 24th Terrace,,Miami FL,33145
Miami, FL 33145

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ 1,332.96

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.76** Nonpriority creditor's name and mailing address

Maceda,Raul
11105 sw 200th st,,Miami FL,33157
Miami, FL 33157

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ 1,276.73

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

Debtor    Zahrco Enterprises, Inc.
          Name                                                    Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 77   **Nonpriority creditor's name and mailing address**

Machado Lugo,Neiroby
2494sw 143rd pl,,Miami FL,33175
Miami, FL 33175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ 1,859.30

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 78   **Nonpriority creditor's name and mailing address**

Maldonado,Eliana
1825 Ludlan Road Apt 12 Miami, FL 33155
Miami, FL 33155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee

$ 895.89

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 79   **Nonpriority creditor's name and mailing address**

Marrero,Elia
14846 SW 43rd Street,,Miami FL,33185
Miami, FL 33185

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee

$ 832.52

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 80   **Nonpriority creditor's name and mailing address**

Medina,Genesis
4692 NW 107TH AVE,,Miami FL,33178
Miami, FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee

$ 1,490.56

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 81   **Nonpriority creditor's name and mailing address**

Merrick Park LLC
1201 Hays Street
Tallahassee, FL 32301-2525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Lease

$ Undetermined

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Zahrco Enterprises, Inc. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Mexcor International/MBG of Florida
11800 NW 100th Rd Ste #2
Medley, FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,809.54

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    5785

---

**3.83** Nonpriority creditor's name and mailing address

Miami Purveyors
7350 NW 8th St
Miami, FL 33126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,361.57

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    4343

---

**3.84** Nonpriority creditor's name and mailing address

Miami Purveyors
7350 NW 8th St
Miami, FL 33126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,994.35

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    1419

---

**3.85** Nonpriority creditor's name and mailing address

Miami Restaurant Repair
7150 NW 77 Terr
Miami, FL 33166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,513.74

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.86** Nonpriority creditor's name and mailing address

Nassif Wholesale, LLC
3320 2nd Ave North, Suite 8
LAKE WORTH, FL 33461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,956.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Zahrco Enterprises, Inc.
_____
Name

Case number (*if known*)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

NCR Local Florida
15251 Roosevelt Blvd Suite 207
Clearwater, FL 33760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,401.70

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.88** Nonpriority creditor's name and mailing address

Nessipznan,Tomiris
2745 Nw 26st,,MIAMI FL,33142
Miami, FL 33142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 887.49

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.89** Nonpriority creditor's name and mailing address

OpenTable Inc
One Montgomery Street Ste 500
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.90** Nonpriority creditor's name and mailing address

Oramas,Giancarlo
8180 Geneva Ct,,Doral FL,33166
Doral, FL 33166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,000.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.91** Nonpriority creditor's name and mailing address

OTH
14 NE 1st Ave Suite 1400
Miami, FL 33132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Zahrco Enterprises, Inc.
         _____
         Name

Case number (if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 92**  Nonpriority creditor's name and mailing address

Park Street
1000 Brickell Ave #215
MIami, FL 33131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 93**  Nonpriority creditor's name and mailing address

Parra,Laura
245 NE 14th ST,APT 1608,Miami FL,33132
Miami, FL 33132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 94**  Nonpriority creditor's name and mailing address

Paul,Islande
8811 sw 128th St Miami, Fl 33176
Miami, FL 33176

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,163.63

---

**3. 95**  Nonpriority creditor's name and mailing address

Perez,Ashly
2920 SW 24 street, Miami, Fl 33145
Miami, FL 33145

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,129.70

---

**3. 96**  Nonpriority creditor's name and mailing address

Port Royale Trading Comnpany Inc.
3407-4 NW 72ND AVE
Miami, FL 33122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  8515

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,291.96

---

| Debtor | Zahrco Enterprises, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.97** Nonpriority creditor's name and mailing address

Premier Produce
2672 SW 36th Street
Dania Beach, FL 33312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,481.45

Date or dates debt was incurred _____

Last 4 digits of account number    12955

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98** Nonpriority creditor's name and mailing address

Premier Produce
2672 SW 36th Street
Dania Beach, FL 33312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,126.95

Date or dates debt was incurred _____

Last 4 digits of account number    2954

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99** Nonpriority creditor's name and mailing address

Provicenter USA LLC
2063 NW 79th Ave
Doral, FL 33122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100** Nonpriority creditor's name and mailing address

Quality Tech Corporation
1355 NW 93RD COURT A 108
Doral, FL 33172

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101** Nonpriority creditor's name and mailing address

Ramirez,Cesar
740 sw 109th Ave,,Sweetwater FL,33174
sweetwater, FL 33174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ 245.44

Date or dates debt was incurred _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 102 **Nonpriority creditor's name and mailing address**

Ramirez,Frank
350 NE 12th Street,,Miami FL,33034
Miami, FL 33034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,379.04

---

**3.** 103 **Nonpriority creditor's name and mailing address**

Ravelo,Gabriela
223 Antillo Ave,Apt 4,Miami FL,33134
APT 4
Miami, FL 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 763.10

---

**3.** 104 **Nonpriority creditor's name and mailing address**

Republic National/RNDC
441 SW 12th Ave
Deerfield Beach, FL 33442

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 7253

$ 2,685.10

---

**3.** 105 **Nonpriority creditor's name and mailing address**

Rodriguez,Alianiuby
605 Shore Drive,,Miami FL,33141
Miami, FL 33141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,545.22

---

**3.** 106 **Nonpriority creditor's name and mailing address**

Rodriguez,Jose
13430 SW 59th TERRACE,,Miami FL,33183
Miami, FL 33183

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,210.30

---

Debtor    Zahrco Enterprises, Inc.          Case number *(if known)*_____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **107**   **Nonpriority creditor's name and mailing address**

Rojas,Diana
605 Shore Drive,,Miami FL,33141
Miami, FL 33141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 1,060.67

---

**3.** **108**   **Nonpriority creditor's name and mailing address**

Roto-Rooter Service Company
5672 Collections Center Drive
Chicago, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 171.00

---

**3.** **109**   **Nonpriority creditor's name and mailing address**

Sarroso,Iqbal
3811 sw 29 st,,CORAL GABLES FL,33134
Coral Gables, FL 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 2,004.60

---

**3.** **110**   **Nonpriority creditor's name and mailing address**

Segarra,Maria
2834sw 37th ave,,Miami FL,33134
Miami, FL 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 2,076.56

---

**3.** **111**   **Nonpriority creditor's name and mailing address**

SESAC
35 Music Square East
Nashville, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 0.00

---

| Debtor | Zahrco Enterprises, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** Nonpriority creditor's name and mailing address

Smart Care Equipment Solution
370 Wabasha ST N
ST Paul, MN 55102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address

Smart Care Equipment Solution Commercial
Collection Corporation
34 Seymor St
Tonowanda, NT 14150

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency

$ 2,665.79

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

Smart Care Equipment Solution EEC Aquisition
LLC
PO BOX 74008980
Chicago, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address

Southern Glazers of Florida
4440 Old Tampa Highway
Lakeland, FL 33811

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number ___3326_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address

Stars Services LLC,Bartenders & Waiters
150 SW 3rd Ave,,Miami FL,33131
Miami, FL 33131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ 1,347.42

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

Debtor    Zahrco Enterprises, Inc.
_____
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.117** Nonpriority creditor's name and mailing address

Suazo,Elgyn
9700 SW 37th Terrace,,Miami FL,33165
Miami, FL 33165

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,002.73

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.118** Nonpriority creditor's name and mailing address

Sysco South Florida Inc
12500 Sysco Way
Medley, FL 33178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,540.49

Date or dates debt was incurred _____
Last 4 digits of account number    1125

---

**3.119** Nonpriority creditor's name and mailing address

Sysco South Florida Inc
12500 Sysco Way
Medley, FL 33178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 16,398.53

Date or dates debt was incurred _____
Last 4 digits of account number    1500

---

**3.120** Nonpriority creditor's name and mailing address

Tellez,Sandra
1619 sw 2 street,,Miami FL,33135
Miami, FL 33135

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,224.21

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.121** Nonpriority creditor's name and mailing address

Thober,Nicole
15 Alhambra Cir,Apt 10,Miami FL,33134
Miami, FL 33134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,327.28

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | Zahrco Enterprises, Inc. | |
|---|---|---|
| | Name | Case number *(if known)* _____ |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** Nonpriority creditor's name and mailing address

Toast POS System
333 Summer Street
Boston, MA O2210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subscription fee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  9229

$ 931.62

---

**3.123** Nonpriority creditor's name and mailing address

Toast POS System
333 Summer Street
Boston, MA O2210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subscription Service

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  9221

$ 780.31

---

**3.124** Nonpriority creditor's name and mailing address

Toast POS System
333 Summer Street
Boston, MA O2210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subscription service

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  2157

$ 226.50

---

**3.125** Nonpriority creditor's name and mailing address

Total Fire Control
20241 SW 318 st
Homestead, FL 33030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.126** Nonpriority creditor's name and mailing address

Tropical Delight
14291 SW 120th St Suite 107
Miami, FL 33186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 290.05

---

Debtor    Zahrco Enterprises, Inc.
          Name                                                    Case number *(if known)*_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 127  Nonpriority creditor's name and mailing address

USA Filters Corp
P.O Box 127448
Hialeah, FL 33012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 342.40

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 128  Nonpriority creditor's name and mailing address

Viegas,Diego
927 SW 6TH ST,APT 1,Miami FL,33130
Miami, FL 33130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee

$ 3,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 129  Nonpriority creditor's name and mailing address

Widlin,Odvil
1522 SW 30th Terr Miami, Fl 33185
Miami, FL 33185

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee

$ 1,197.82

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 130  Nonpriority creditor's name and mailing address

Winebow Fine Wine & Spirits
1822 SW 2nd St
Pompano Beach, FL 33069

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 647.93

Date or dates debt was incurred    _____

Last 4 digits of account number    1609

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 131  Nonpriority creditor's name and mailing address

WineLink
4300 L B McLeod Rd
Orlando, FL 32811

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Zahrco Enterprises, Inc.
          _____
          Name                                          Case number (if known) _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.**132 **Nonpriority creditor's name and mailing address**

XXI Wine & Spirits
6916 NE 4th Ave
Miami, FL 33138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 429.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    7253

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor     Zahrco Enterprises, Inc.                                    Case number (if known)_____
           Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Merrick Park Holding, LLC<br>350 N. Orleans St.<br>Chicago, IL, 60654 | Line 3.81<br>☐ Not listed. Explain: | _____ |
| 4.2. | Weltman Weinberg & REIS CO LPA<br>5000 Bradenton Avenue<br>Suite 100<br>Dublin, OH, 43017 | Line 3.42<br>☑ Not listed. Explain | 6331 |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Zahrco Enterprises, Inc.             Case number *(if known)*_____

       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 213,673.14 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 338,191.75 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 551,864.89 |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>Zahrco Enterprises, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Florida</td></tr>
<tr><td>Case number (If known):</td><td>_____    Chapter <u>11</u></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Industrial Dishwasher<br>Lessor | Imperial Dade Environmental Services<br>255 Route 1 & 9<br>Jersey City, NJ, 07306 |
| | State the term remaining | 12 Months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Sawa Restaurant and Lounge<br>Lessor | Merrick Park, LLC<br>1201 Hays Street<br>Tallahassee, FL, 32301-2525 |
| | State the term remaining | 4 Years and 5 months (Nov. 30, 2029) | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease for C'EST Bon Cafe<br>Lessee | Merrick Park, LLC<br>1201 Hays Street<br>Tallahassee, FL, 32301-2525 |
| | State the term remaining | 2 years 9 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Eclectico Restaurant & Bar<br>Lessee | Merrick Park, LLC<br>1201 Hays Street<br>Tallahassee, FL, 32301-2525 |
| | State the term remaining | 3 years 5 months | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Storage space at Merrick Park W190<br>Lessee | Merrick Park, LLC<br>1201 Hays Street<br>Tallahassee, FL, 32301-2525 |
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | |

Debtor    Zahrco Enterprises, Inc.
_____    Case number (*if known*)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.**6** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Storage Space at Merrick Park, LLC<br>W180<br>Lessee<br><br>9 | Merrick Park, LLC<br>1201 Hays Street<br>Tallahassee, FL, 32301-2525 |

| 2.___ State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
|---|---|---|

| 2.___ State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
|---|---|---|

| 2.___ State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
|---|---|---|

| 2.___ State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
|---|---|---|

| 2.___ State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
|---|---|---|

| 2.___ State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
|---|---|---|

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Zahrco Enterprises, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Florida</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Ramzi Zahr | 6380 SW 44th Street Miami, FL 33155 | APOGEE REWARDS INC | ☑ D ☐ E/F ☐ G |
| 2.2 Nadia Zahr | 6380 SW 44th Street Miami, FL 33155 | Dr. Ghassan Haddad | ☑ D ☐ E/F ☐ G |
| 2.3 Ramzi Zahr | 6380 SW 44th Street Miami, FL 33155 | LICENSE SOLUTION III L | ☑ D ☐ E/F ☐ G |
| 2.4 Ramzi Zahr | 6380 SW 44th Street Miami, FL 33155 | REWARDS NETWORK C | ☑ D ☐ E/F ☐ G |
| 2.5 Nadia Zahr | 6380 SW 44th Street Miami, FL 33155 | REWARDS NETWORK C | ☑ D ☐ E/F ☐ G |
| 2.6 Nadia Zahr | 6380 SW 44th Street Miami, FL 33155 | Barclays Jet Blue | ☐ D ☑ E/F ☐ G |

| Debtor | Zahrco Enterprises, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## ⬛ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Nadia Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | APOGEE REWARDS INC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Nadia Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | SBA PPP1 | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Ramzi Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | Chase Slate | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Nadia Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | PRIMECARD SAWA | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Ramzi Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | SBA PPP2 | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | Ramzi Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | TOAST CAPITAL LLC (Sawa) | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Nadia Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | FNBO | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 | Nadia Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | LICENSE SOLUTION III LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor Zahrco Enterprises, Inc. Case number (if known)
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 | Nadia Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | TOAST CAPITAL LLC<br>(Ce Bont) | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | Ramzi Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | PRIMECARD CEST<br>BON | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 | Nadia Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | PRIMECARD CEST<br>BON | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 | Ramzi Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | PRIMECARD SAWA | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 | Ramzi Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | TOAST CAPITAL LLC<br>(Ce Bont) | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 | Nadia Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | TOAST CAPITAL LLC<br>(Sawa) | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 | Ramzi Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | FNBO | ☐ D<br>☑ E/F<br>☐ G |
| 2.22 | Ramzi Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | SBA EIDL | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 Nadia Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | Merrick Park LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.24 Nadia Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | Chase Slate | ☐ D<br>☑ E/F<br>☐ G |
| 2.25 Nadia Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | SBA EIDL | ☑ D<br>☐ E/F<br>☐ G |
| 2.26 Ramzi Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | Merrick Park LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.27 Ramzi Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | SBA PPP1 | ☑ D<br>☐ E/F<br>☐ G |
| 2.28 Ramzi Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | Barclays Jet Blue | ☐ D<br>☑ E/F<br>☐ G |
| 2.29 Nadia Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | SBA PPP2 | ☑ D<br>☐ E/F<br>☐ G |
| 2.30 Ramzi Zahr | 6380 SW 44th Street<br>Miami, FL 33155 | Florida Department of Revenue: Miami Service Center | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.31 Nadia Zahr | 6380 SW 44th Street Miami, FL 33155 | Florida Department of Revenue: Miami Service Center | ☐ D ☑ E/F ☐ G |
| 2.32 Ramzi Zahr | 6380 SW 44th Street Miami, FL 33155 | Discover | ☐ D ☑ E/F ☐ G |
| 2.33 Nadia Zahr | 6380 SW 44th Street Miami, FL 33155 | Discover | ☐ D ☑ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

<div style="border:1px solid black">

**Fill in this information to identify the case:**

Debtor name    Zahrco Enterprises, Inc.

United States Bankruptcy Court for the:   Southern District of Florida

Case number (If known):   _____

</div>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br><span style="font-size:smaller">MM / DD / YYYY</span> | to | Filing date | ☑ Operating a business<br>☐ Other | $ 1,364,553.72 |
| **For prior year:** | From 01/01/2024<br><span style="font-size:smaller">MM / DD / YYYY</span> | to | 12/31/2024<br><span style="font-size:smaller">MM / DD / YYYY</span> | ☑ Operating a business<br>☐ Other | $ 5,763,965.00 |
| **For the year before that:** | From 01/01/2023<br><span style="font-size:smaller">MM / DD / YYYY</span> | to | 12/31/2023<br><span style="font-size:smaller">MM / DD / YYYY</span> | ☑ Operating a business<br>☐ Other | $ 5,870,033.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br><span style="font-size:smaller">MM / DD / YYYY</span> | to | Filing date | _____ | $_____ |
| **For prior year:** | From<br><span style="font-size:smaller">MM / DD / YYYY</span> | to | <br><span style="font-size:smaller">MM / DD / YYYY</span> | _____ | $_____ |
| **For the year before that:** | From<br><span style="font-size:smaller">MM / DD / YYYY</span> | to | <br><span style="font-size:smaller">MM / DD / YYYY</span> | _____ | $_____ |

| Debtor | Zahrco Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 922,306.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Ramzi Zahr<br>Insider's name<br>6380 SW 44th Street<br>Miami, FL 33155<br><br>Relationship to debtor<br>Vice-President and head of operations | | $ 78,000.00 | Compensation for running all of Zahrco Enterprises restaurants, paid at $1,500 a week. |
| 4.2. | Daughter<br>Insider's name<br><br><br>Relationship to debtor<br>Daughter | | $ 20,000.00 | Wedding |

---

Debtor   Zahrco Enterprises, Inc.                                    Case number *(if known)*_____
_____
         Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Merrick Park LLC, a Maryland Limited Liability Company, Plaintiff v. Zahrco Enterprises, Inc. a Florida corporation, Nadi Zahr, individually and Ramzi | Breach of Contract, Breach of Guaranty | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida<br><br>73 W. Flagler Street<br>Miami, FL 33130 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2024-004040-CA-01<br>_____ | | | |
| 7.2. | **Case title**<br>_____ | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>_____ | | | |

---

Debtor    Zahrco Enterprises, Inc.
_____    Case number *(if known)*_____
        Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    Zahrco Enterprises, Inc.
_____          Case number *(if known)*_____
Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Paragon Law, LLC | Payment made to review and prepare for Chapter 11 filing. | 03/10/2025 | $ 20,000.00 |
| **Address** | | | |
| 2665 S. Bayshore Dr., Suite # 220-10 Miami, FL 33133 | | | |
| **Email or website address** ka@paragonlaw.com | | | |
| **Who made the payment, if not debtor?** Debtor | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | | _____ | $_____ |
| **Address** | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor      Zahrco Enterprises, Inc.
            _____      Case number *(if known)*_____
            Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

<div style="background:black;color:white">**Part 7:**</div>  **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **6**

Debtor    Zahrco Enterprises, Inc.
_____
Name

Case number (if known)_____

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Zahrco Enterprises, Inc.                                    Case number *(if known)*_____
          Name

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Merrick Park Storage Facility<br>Name<br>246 Altara Avenue, Suite 1406<br>Miami, FL 33146 | Ramzi Zahr | Used broken restaurant equipment and liquor supply (which is accounted for in inventory)(Units W180 and W190) | ☐ No<br>☑ Yes |
| Address<br>6380 SW 44th Street<br>Miami, FL 33155 | | | |

| Debtor | Zahrco Enterprises, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

---

Debtor    Zahrco Enterprises, Inc.
_____    Case number (if known)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____     To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____     To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____     To _____ |

---

Debtor     Zahrco Enterprises, Inc.
_____        Case number (if known)_____
            Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Diego G. Viegas<br>Name<br>360 San Lorenzo Ave., Suite 1500, Coral Gables, FL 33146 | From 01/01/2014<br>To 04/02/2024 |
| Name and address | Dates of service |
| 26a.2.  _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Diego G. Viegas<br>Name<br>360 San Lorenzo Ave., Suite 1500, Coral Gables, FL 33146 | From _____<br>To _____ |
| Name and address | Dates of service |
| 26b.2.  _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Diego G. Viegas<br>Name<br>360 San Lorenzo Ave., Suite 1500, Coral Gables, FL 33146 | |

---

Debtor    Zahrco Enterprises, Inc.
_____    Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
       Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. Small Business Administration
       _____
       Name
       409 Third St SW, Washington, DC 20416

| Name and address |
|---|

26d.2. _____
       Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
      Name

Debtor    Zahrco Enterprises, Inc.
_____    Case number *(if known)*_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2.  _____ |
|        Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ramzi Zahr | 6380 SW 44th Street, Miami, FL 33155 | | 50 |
| Nadia Zahr | 6380 SW 44th Street, Miami, FL 33155 | | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Nadia Zahr | 78,000.00 | _____ | Salary as president of the company |
|        Name | | _____ | |
|        6380 SW 44th Street | | _____ | |
|        Miami, FL 33155 | | | |

| Relationship to debtor |
|---|
| President |
| _____ |

Debtor    Zahrco Enterprises, Inc.                                          Case number *(if known)* _____
_____
Name

---

|  | Name and address of recipient | _____  _____ |
|---|---|---|
| 30.2 | _____ | _____ |
|  | Name | _____ |
|  |  | _____ |
|  | Relationship to debtor | _____ |
|  | _____ |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/02/2025
                        MM / DD / YYYY

✘ /s/ Ramzi Zahr _____          Printed name    Ramzi Zahr _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Vice-President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

---

Debtor Name     Zahrco Enterprises, Inc.

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | |
|---|---|---|
| **Nadia Zahr** | **6380 SW 44th Street, Miami, FL 33155** | **$78,000.00** |
| **Handyman (unknown)** | | **$12,000.00** |

United States Bankruptcy Court

Southern District of Florida

In re:  Zahrco Enterprises, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

       The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/02/2025_____

/s/ Ramzi Zahr
_____
Signature of Individual signing on behalf of debtor

Vice-President
_____
Position or relationship to debtor

**A-Advance Fire & Safety, INC**
**22607 South Dixie Hwy**
**Miami, FL 33170**


**Alimentos Australes**
**8565 W 44th Ave Unit 113**
**Hialeah , FL 33018**


**All Electric AP Inc**
**17956 SW 149th Ave**
**Miami, FL 33187**


**All Pumping Corp**
**6132 W 14th CT**
**Hialeah, FL 33012**


**American Express**
**P.O. Box 6031**
**Carol Stream, IL 60197**


**American Food Equipment**
**2163 NW 36th ST**
**Miami, FL 33142**


**APOGEE REWARDS INC**
**8395 NE 2ND AVE**
**MIAMI, FL 33138**


**ASCAP**
**PO BOX 331608**
**Nashville, TN 37203**


**Balitan,Sandra**
**2927 NW 103rd St, Miami, Fl 33147**
**Miami, FL 33147**


**Barclays Jet Blue**
**P.O. Box**
**Philadelphia, PA 19101**


**Bello Gallego,Gisselle**
**745 NW 58th ST,Apt 1,Miami FL,33127**
**APT 1**
**Miami, FL 33127**


**Biscayne Air Conditioning Inc.**
**3801 SW 47th Ave Suite 504**
**DAVIE, FL 33314**


**BMI**
**10 Music Square East**
**Nashville , TN 37203**

**Bolieu,Melissa**
**1501 SW 31ST AVE,,Miami FL,33145**
**Miami, FL 33145**


**Breaktrhu Beverage Florida**
**9801 Premier Parkway**
**Miramar, FL 33025**


**Broward Nelson Fountain Services**
**241 SW 21 ST TERR**
**Ft Lauderdale, FL 33312**


**Carrazana Godoy,Sheila**
**2300 sw 97 ave,apt A106,MIAMI FL,33165**
**APT A106**
**Miami, FL 33165**


**Cassara,Mario**
**14221 SW 88 st C402 Miami, FL 33186**
**Miami, FL 33186**


**Cavalier Distributing Florida**
**3960 Frontage Rd S Suite 820**
**Lakeland, FL 33815**


**Cedars Bakery/ Mediterraneos**
**4704 L B McLeod Rd**
**Orlando, FL 32811**


**Ceron,Marcela**
**9020 SW 8th Street,Apt 216,Miami FL,3317**
**APT 216**
**Miami, FL 33175**


**Chase**
**P.O. Box 1423**
**Charlotte, NC 28201**


**Chase Slate**
**P.O. Box 1423**
**Charlotte, NC 28201**


**Cintas Corp**
**P.O Box 630910**
**Cincinati, OH 45263**


**Cobo Yera,Marcia**
**511 nw 45th avenida,,miami FL,33126**
**Miami, FL 33126**

**Coca Cola Beverages Florida LLC**
PO BOX 740909
Atlanta, GA 30374


**Cold Space by Don**
820 NW 7th Ave #511
Miami, FL 33136


**Commercial Collections Specialists (NCR)**
5805 Sepulveda Blvd 4th floor
Sherman Oaks, CA 91411


**Constant Contact**
1601 Trapelo Road
Waltham , MA O2451


**Contagious Music**
1717 N Bayshore Drive, Suite 4251
Miami, FL 33132


**Craigslist**
200 West 6th Street, Floor 36
Austin, TX 78701


**Dekki,Jenny**
9119 SW 149 PL,,Miami FL,33196
Miami, FL 33196


**Desulma,Darline**
261 SE 6TH AVE,APT 106,Homestead FL,3303
APT 106
HOMESTEAD, FL 33030


**Discover**
P.O. Box 71242
Charlotte, NC 28201


**Dr. Ghassan Haddad**
890 Alfonso Ave
Miami, FL 33146


**Eagle Brand Sales**
3201 NW 72nd Ave
Miami, FL 33122


**Echavez,Noel Angelo**
55 Merrick Way,Apt 701,Miami FL,33134
Miami, FL 33134


**Fenix Pest Control**

**Feria,Francys**
**3401 SW 9th Terrace,,Coral Gables FL,331**
**Coral Gables, FL 33134**


**First Horizon Bank**
**P.O. Box 385**
**Memphis, TN 38101**


**Florida Department of Revenue: Miami Service**
**3750 NW 87th Ave.**
**Suite 300**
**Doral, FL 33178-2430**


**FNBO**
**P.O. Box 7346**
**Omaha, NE**


**Gold Coast Beverages**
**PO Box 743259**
**Atlanta, GA 30374**


**Gonzalez,Adrian**
**10500 SW 108TH AVE,,Miami FL,33186**
**Miami, FL 33186**


**Gonzalez,Angeline**
**12035 SW 14th ST,Apt 106,Miami FL,33184**
**apt 106**
**Miami, FL 33184**


**Gonzalez,Cynthia**
**45 NW 44th Ave,,Miami FL,33126**
**Miami, FL 33126**


**Gonzalez,Hector**
**14549 SW 97TH STREET,,Miami FL,33186**
**Miami, FL 33186**


**Gonzalez,Mariangelica**
**5210 SW 4 st Miami, FL 33134**
**Miami, FL 33134**


**Gourmet Resources**
**3535 NW 33RD ST**
**MIAMI, FL 33142**


**Gourmet Solutions**
**1723 SW 2ND AVE # 508**
**Miami, FL 33129**

Green Energy Masters
374 N Havenhill Rd. Suite 700
West Palm Beach, FL 33415


Guerrero,Ramon
15681 SW 157TH ST,,Miami FL,33187
Miami, FL 33187


Guevara,Cinthya
18412 Homestead Ave,Apt 636,Miami FL,331
Apt 636
Miami, FL 33157


Hardiansyah,Yusup
2250 SW 99th Ave,,Miami FL,33165
Miami, FL 33165


Hayden O'Byrne, United States Attorney for th
99 N.E. 4th Street
Miami, FL 33132


Hernandez,Gilbert
13120 sw 13 th st,,miami FL,33184
Miami, FL 33184


Heroes of Technology
500 NW 2nd Ave #10549
Miami, FL 33101


Hidalgo,Dayron
62 ne 118th st,,Miami FL,33161
Miami, FL 33161


Hipnotic Entertaiment
20433 Old Cutler Road
Cutler Bay, FL 33189


Hon. Pamela Bondi, Attorney General for the U
U.S. Department of Justice, 950 Pennsylv
Washington, DC 20530


Hoodz / Wright & Dillon LLC
934 N University Drive #235
Coral Spring, FL 33071


Hookah Express
8065 NW 54th St
Doral, FL 33166


Imperial Dade
PO BOX 27305
NEW YORK, NY 10087

**Imperial Dade Environmental Services**
**255 Route 1 & 9**
**Jersey City, NJ 07306**


**Indeed**
**200 West 6th Street, Floor 36**
**Austin, TX 78701**


**Istifan,Georgina**
**15524 SW 127th Ave Apt 104,,Miami FL,331**
**APT 104**
**Miami, FL 33177**


**JFC International**
**1800 SW 13th court Suite 100**
**Pompano Beach, FL 33069**


**Jimenez,Ambar**
**20795 SW 236th ST,,Homestead FL,33031**
**HOMESTEAD, FL 33031**


**Julius Meinl North America LLC**
**1441 SW 31ST AVE**
**Pompano Beach, Fl 33069**


**Kory Hincapie Restaurant Cleaning**
**15386 SW 153rd Street**
**Miami, FL 33187**


**La Provence**
**2106 NW 13TH AVE**
**Miami, FL 33142**


**Lanuza,Luis**
**125 SW 18th ct, Miami, Fl 33135**
**Miami, FL 33135**


**LICENSE SOLUTION III LLC**
**600 BRICKEL AVE**
**SUITE 3600**
**MIAMI, FL 33131**


**LLC,Saaves**
**3840 Sw 91st Ave,,Miami FL,33165**
**Miami, FL 33165**


**Lucky 7 Distributors**
**5160 NW 165th ST**
**Miami Gardens, Fl 33014**

Luque,Mariana
3259 SW 24th Terrace,,Miami FL,33145
Miami, FL 33145


Maceda,Raul
11105 sw 200th st,,Miami FL,33157
Miami, FL 33157


Machado Lugo,Neiroby
2494sw 143rd pl,,Miami FL,33175
Miami, FL 33175


Maldonado,Eliana
1825 Ludlan Road Apt 12 Miami, FL 33155
Miami, FL 33155


Marrero,Elia
14846 SW 43rd Street,,Miami FL,33185
Miami, FL 33185


Medina,Genesis
4692 NW 107TH AVE,,Miami FL,33178
Miami, FL 33178


Merrick Park Holding, LLC
350 N. Orleans St.
Chicago, IL 60654


Merrick Park LLC
1201 Hays Street
Tallahassee, FL 32301-2525


Merrick Park LLC
350 N. Orleans St.
Chicago, IL 60654


Merrick Park LLC, CSC
1201 Hays Street
Tallahassee, FL 32301-2525


Merrick Park, LLC
1201 Hays Street
Tallahassee, FL 32301-2525


Mexcor International/MBG of Florida
11800 NW 100th Rd Ste #2
Medley, FL 33178


Miami Dade County Tax Collector-Tangible Tax
200 NW 2nd Ave
Miami, FL 33128

**Miami Dade County Tax Collector-Tourist Tax**
**200 NW 2nd Ave**
**Miami, FL 33128**


**Miami Purveyors**
**7350 NW 8th St**
**Miami, FL 33126**


**Miami Restaurant Repair**
**7150 NW 77 Terr**
**Miami, FL 33166**


**Nadia Zahr**
**6380 SW 44th Street**
**Miami, FL 33155**


**Nassif Wholesale, LLC**
**3320 2nd Ave North, Suite 8**
**LAKE WORTH, FL 33461**


**NCR Local Florida**
**15251 Roosevelt Blvd Suite 207**
**Clearwater, FL 33760**


**Nessipznan,Tomiris**
**2745 Nw 26st,,MIAMI FL,33142**
**Miami, FL 33142**


**OpenTable Inc**
**One Montgomery Street Ste 500**
**San Francisco, CA 94104**


**Oramas,Giancarlo**
**8180 Geneva Ct,,Doral FL,33166**
**Doral, FL 33166**


**OTH**
**14 NE 1st Ave Suite 1400**
**Miami, FL 33132**


**Park Street**
**1000 Brickell Ave #215**
**MIami, FL 33131**


**Parra,Laura**
**245 NE 14th ST,APT 1608,Miami FL,33132**
**Miami, FL 33132**


**Paul,Islande**
**8811 sw 128th St Miami, Fl 33176**
**Miami, FL 33176**

**Perez,Ashly**
**2920 SW 24 street, Miami, Fl 33145**
**Miami, FL 33145**


**Port Royale Trading Comnpany Inc.**
**3407-4 NW 72ND AVE**
**Miami, FL 33122**


**Premier Produce**
**2672 SW 36th Street**
**Dania Beach, FL 33312**


**PRIMECARD CEST BON**
**8395 NE 2ND AVE**
**MIAMI, FL 33138**


**PRIMECARD SAWA**
**8395 NE 2ND AVE**
**MIAMI, FL 33138**


**Provicenter USA LLC**
**2063 NW 79th Ave**
**Doral, FL 33122**


**Quality Tech Corporation**
**1355 NW 93RD COURT A 108**
**Doral, FL 33172**


**Ramirez,Cesar**
**740 sw 109th Ave,,Sweetwater FL,33174**
**sweetwater, FL 33174**


**Ramirez,Frank**
**350 NE 12th Street,,Miami FL,33034**
**Miami, FL 33034**


**Ramzi Zahr**
**6380 SW 44th Street**
**Miami, FL 33155**


**Ravelo,Gabriela**
**223 Antillo Ave,Apt 4,Miami FL,33134**
**APT 4**
**Miami, FL 33134**


**Republic National/RNDC**
**441 SW 12th Ave**
**Deerfield Beach, FL 33442**

**REWARDS NETWORK CORPORATION SERVICE COMPANY**
**540 W MADISON ST**
**SUITE 2400**
**CHICAGO , IL 60661**


**Rodriguez,Alianiuby**
**605 Shore Drive,,Miami FL,33141**
**Miami, FL 33141**


**Rodriguez,Jose**
**13430 SW 59th TERRACE,,Miami FL,33183**
**Miami, FL 33183**


**Rojas,Diana**
**605 Shore Drive,,Miami FL,33141**
**Miami, FL 33141**


**Roto-Rooter Service Company**
**5672 Collections Center Drive**
**Chicago, IL 60693**


**Sarroso,Iqbal**
**3811 sw 29 st,,CORAL GABLES FL,33134**
**Coral Gables, FL 33134**


**SBA EIDL**
**409 Third ST SW**
**Washington, DC 20416**


**SBA PPP1**
**409 Third ST SW**
**Washington, DC 20416**


**SBA PPP2**
**409 Third ST SW**
**Washington, DC 20416**


**Segarra,Maria**
**2834sw 37th ave,,Miami FL,33134**
**Miami, FL 33134**


**SESAC**
**35 Music Square East**
**Nashville, TN 37203**


**Smart Care Equipment Solution**
**370 Wabasha ST N**
**ST Paul, MN 55102**


**Smart Care Equipment Solution Commercial Coll**
**34 Seymor St**
**Tonowanda, NT 14150**

Smart Care Equipment Solution EEC Aquisition
PO BOX 74008980
Chicago, IL 60674


Southern Glazers of Florida
4440 Old Tampa Highway
Lakeland, FL 33811


Stars Services LLC,Bartenders & Waiters
150 SW 3rd Ave,,Miami FL,33131
Miami, FL 33131


Suazo,Elgyn
9700 SW 37th Terrace,,Miami FL,33165
Miami, FL 33165


Sysco South Florida Inc
12500 Sysco Way
Medley, FL 33178


Tellez,Sandra
1619 sw 2 street,,Miami FL,33135
Miami, FL 33135


Thober,Nicole
15 Alhambra Cir,Apt 10,Miami FL,33134
Miami, FL 33134


TOAST CAPITAL LLC (Ce Bont)
401 PARK DRIVE
BOSTON, MA 2215


TOAST CAPITAL LLC (Sawa)
401 PARK DRIVE
BOSTON, MA 2215


Toast POS System
333 Summer Street
Boston, MA O2210


Total Fire Control
20241 SW 318 st
Homestead, FL 33030


Tropical Delight
14291 SW 120th St Suite 107
Miami, FL 33186


USA Filters Corp
P.O Box 127448
Hialeah, FL 33012

**Viegas,Diego**
**927 SW 6TH ST,APT 1,Miami FL,33130**
**Miami, FL 33130**


**Weltman Weinberg & REIS CO LPA**
**5000 Bradenton Avenue**
**Suite 100**
**Dublin, OH 43017**


**Widlin,Odvil**
**1522 SW 30th Terr Miami, Fl 33185**
**Miami, FL 33185**


**Winebow Fine Wine & Spirits**
**1822 SW 2nd St**
**Pompano Beach, FL 33069**


**WineLink**
**4300 L B McLeod Rd**
**Orlando, FL 32811**


**XXI Wine & Spirits**
**6916 NE 4th Ave**
**Miami, FL 33138**

# United States Bankruptcy Court

Southern District of Florida

**In re** Zahrco Enterprises, Inc.

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 23,262.00

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 495.00

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
    approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
    whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
    required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
    adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

All services regarding the filing of and prosecution of a Chapter 11 case.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Any appellate matters.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/02/2025                                    /s/ Kris Aungst, 55348
_____                    _____
*Date*                                             *Signature of Attorney*

                                              Paragon Law, LLC
                                   _____
                                              *Name of law firm*
                                              2665 S. Bayshore Drive
                                              Suite 220-10
                                              Miami, FL 33133

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td>Zahrco Enterprises, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Florida</td></tr>
<tr><td>Case number (<em>If known</em>):</td><td></td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/02/2025___   ✖ /s/ Ramzi Zahr
          MM / DD / YYYY              Signature of individual signing on behalf of debtor

                    Ramzi Zahr
                    Printed name

                    Vice-President
                    Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** <u>Florida - Southern</u>

In re <u>Zahrco Enterprises, Inc.</u>

Case No. _____
Chapter <u>11</u>

_____
(Debtor(s))

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for <u>Zahrco Enterprises, Inc.</u>

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

[X] None [check if applicable]

<u>04/01/2025</u>
Date

<u>/s/ Kris Aungst</u>
Statement of attorney or Litigant

**United States Bankruptcy Court**

**IN RE:**                                                      Case No._____

Zahrco Enterprises, Inc.
_____   Chapter _____ 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Ramzi Zahr<br>6380 SW 44th Street, Miami, FL 33155 | 50 | Other (Vice-President, 50% owner) |
| Nadia Zahr<br>6380 SW 44th Street, Miami, FL 33155 | 50 | President |